IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | CR-05-1115-TUC-RCC(JCG) |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| MICHAEL JAMES CAPONE, ) | |
| Defendant. ) | |

The Court has reviewed the Magistrate's Report and Recommendation and no objections having been filed thereto,

**IT IS ORDERED ADOPTING** the Report and Recommendation (#41) and the Court finds the defendant has violated allegations A, B, C and D as outlined in the Petition to Revoke Supervised Release.

**IT IS FURTHER ORDERED** setting the mater for disposition on Monday, March 30, 2009 at 9:10 a.m. before this Court and that a dispositional report be prepared.

**IT IS FURTHER ORDERED** that exhibits #1 and #2 shall be returned to the Government.         .

DATED this 25th day of February, 2009

Raner C. Collins
United States District Judge

cc: PROBATION (copied)